# First District Court of Appeal
## State of Florida

_____

No. 1D20-2522

_____

Paul E. Knight,

    Appellant,

v.

Dept. of Corr's, Fla. State
Prison, and Martin C.
Sanders,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

September 28, 2021

Per Curiam.

    Affirmed.

Ray, Makar, and M.K. Thomas, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Paul E. Knight, pro se, Appellant.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Appellees.